**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**MARK R. DAVIS,
ADC #96353**                                                                                              **PLAINTIFF**

**V.**                       **NO. 2:10CV00035-JMM-BD**

**WALTER HOLLAWAY, et al.**                                             **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Based upon Plaintiff's failure to comply with the Court's Orders of March 24, 2010, and June 16, 2010, Plaintiff's claims are DISMISSED without prejudice.

IT IS SO ORDERED, this 10th day of August, 2010.

                                                                          _____
                                                                       UNITED STATES DISTRICT JUDGE